**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | |
|---|---|
| Nicholas Lazarchick<br>14512 Chesterfield Road<br>Rockville, MD 20853 | :<br>:<br>:<br>: |
| v. | : Civil No. _____ |
| | : |
| Countrywide Home Loans, Inc.<br>P.O. Box 260599<br>Plano, TX 75026 | :<br>:<br>: |
| | : |
| Please Serve:<br>Registered Agent:<br>The Prentice Hall Corporation System<br>11 East Chase Street<br>Baltimore, MD   21202 | :<br>:<br>:<br>:<br>: |
| Defendant. | : |

## COMPLAINT

### JURISDICTION

1.  At all times relevant hereto, plaintiff was an adult citizen of Montgomery County, Maryland, residing at the above captioned address.

2.  At all times relevant hereto, defendant Countrywide Home Loans, Inc. ("Countrywide") was an entity incorporated under the laws of a foreign jurisdiction with principal place of business outside the state of Maryland.  At all times relevant hereto, defendant was in the business of, among other things, lending money to consumers.

3.  This Court has jurisdiction pursuant to the FCRA,15 U.S.C. Section 1681(p), and the doctrine of pendent jurisdiction. Venue lies in the southern division of Maryland as plaintiff's claims arose from acts of the defendants perpetrated therein.

### FACTS

4.  Plaintiff incorporates by reference the factual allegations of paragraphs 1 through 3 as though fully set forth herein.

5. Plaintiff brings this action for damages based upon defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. sections 1681 *et seq.* ("FCRA'), and of state law obligations brought as supplemental claims.

6. Plaintiff is a natural person and is a resident and citizen of Montgomery County, Maryland. Plaintiff is a "consumer" as defined by sections 1681 a(c) of the FCRA.

7. Countrywide is a national banking entity doing business in the state of Maryland.

8. Countrywide is a furnisher of information as contemplated by FCRA section 1681s-2(a) & (b) that regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with any consumer.

9. Plaintiff's creditworthiness has been repeatedly compromised by the acts and omissions of the defendants.

10. In early 2005, plaintiff became aware that Countrywide had incorrectly reported negative information regarding his credit to various credit reporting agencies. The negative information concerned loan number 31662187.

11. Countrywide has steadfastly refused to instruct the credit reporting agencies to remove the negative information from their reports despite plaintiff's repeated requests that it do so.

## COUNT I

12. Plaintiff incorporates by reference the factual allegations of paragraphs 1 through 11 as though fully set forth herein.

13. Countrywide has damaged plaintiff by:

a) willfully and/or negligently violating the provisions of the FCRA by willfully and/or negligently failing to comport with FCRA, including sections 1681s-2(b);

    b)  defaming plaintiff by publishing to third parties false negative information regarding his creditworthiness;

    c)  invading the privacy of plaintiff;

    d)  committing unfair and deceptive acts against plaintiff in the course of its business in violation of state consumer protection legislation; and

    e)  and otherwise to be determined during discovery pursuant to the applicable rules of civil procedure.

WHEREFORE, plaintiff respectfully demands judgment against the defendant for compensatory damages in the full amount permitted by law, including attorneys fees, plus interests and costs, and for whatever other and further relief may be required in the interests of justice.

            Respectfully submitted,

            MEISELMAN, SALZER, INMAN & KAMINOW, P.C.


            _____
            David J. Kaminow, Esquire
            50 West Montgomery Avenue, Suite 230
            Rockville, MD 20850
            301-315-9400

            Attorneys for plaintiff