**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **NICHOLAS LAZARCHICK**, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No. PJM 06-3066 |
| | * | |
| **COUNTRYWIDE HOME LOANS, INC.**, | * | |
| | * | |
| | * | |
| Defendant | * | |

## RULE 111 ORDER

The parties have advised the Court that Plaintiff Nicholas Lazarchick and Defendant Countrywide Home Loans, Inc. are settling their claims in the above action, including all counterclaims, cross-claims, third-party claims, and attorneys' fees, if any. Accordingly, pursuant to Local Rule 111, it is, this 30th day of June, 2008

ORDERED, that this action is hereby DISMISSED, and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within sixty (60) days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

It is further ORDERED, that the Clerk of the Court shall mail copies of this Order to counsel of record.

                                             /s/
                                    PETER J. MESSITTE
                                UNITED STATES DISTRICT JUDGE